1   Robert M. Mitchell (SBN 59756)
    Craig A. Diamond (SBN 89361)
2   Sarah L. Johnson (SBN 226479)
    **Diamond ♦ Baker ♦ Mitchell, LLP**
3   P.O. Box 1147
    Cedar Ridge, CA 95924-1147
4   Telephone:  530/272-9977
    Facsimile:  530/272-8463
5
    Attorneys for Plaintiff
6   AMEDEE GEORTHERMAL VENTURE I,
    A CALIFORNIA LIMITED PARTNERSHIP
7

8   Sean Neal (SBN 230590)
    **Duncan, Weinberg, Genzer & Pembroke, P.C.**
9   915 L Street, Suite 1410
    Sacramento, California 95814
10  Telephone: 916/498/0121
    Facsimile: 916/498/9975
11
    Attorneys for Defendant
12  LASSEN MUNICIPAL UTILITY DISTRICT

13              **UNITED STATES DISTRICT COURT**

14        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

15
    AMEDEE GEORTHERMAL VENTURE I, A )  CASE NO.   CASE NO. :  2:11-cv-02483
16  CALIFORNIA LIMITED PARTNERSHIP   )
                                     )
17          Plaintiff,               )  **STIPULATION AND ORDER**
                                     )
18  vs.                              )
                                     )
19  LASSEN MUNICIPAL UTILITY DISTRICT, )
                                     )
20          Defendants.              )
    _____)
21

22       Plaintiff AGVI and defendant LMUD have conferred regarding AGVI seeking a

23  Temporary Restraining Order and stipulate through their counsel as follows:

24

**STIPULATION AND ORDER REGARDING ENTRY OF TEMPORARY RESTRAINING ORDER AND SETTING DATE AND TIME**
**FOR HEARING ON PRELIMINARY INJUNCTION**
1

1. A Fluke 1750 Three-Phase Power Quality Recorder ("Fluke Meter") –which is also known as the "1750 Power Recorder"  - is to be installed to the test block in the Metering Shed located outside the fenced area at AGV I's geothermal electric power generating plant in Lassen County (the "Plant"). This installation is to be conducted in compliance w/the Operator Manual for the 1750 Power Recorder dated October 2006; Revision 4, 7/11. This manual is attached.

2. The purpose of installing the Fluke Meter is to allow AGV I to monitor the amount and quality of electric power being supplied to and generated at the AGV I Plant by means of  data provided by the Fluke Meter. The Fluke Meter shall be installed at AGVI's expense by David Paolucci, a licensed electrical contractor, on April  11, 2012.

3. LMUD qualified personnel, such as a meter technician, must be present to observe the installation of the Fluke Meter, as well as any removal or reinstallation of the Fluke Meter.

4. Access to the Metering Shed shall be returned to the status quo as it was immediately prior to March 7, 2012.   The Metering Shed shall be locked at all times by means of a lock or locks that permit access to the interior of the Metering Shed by both AGVI and LMUD personnel.

5. Subject to paragraph 3, above, AGVI will have unlimited access to the Fluke Meter for purposes of monitoring its performance, collecting the recorded data, and conducting needed maintenance.

6. LMUD personnel are not to touch or interfere in any way with the Fluke Meter installed in the Metering Shed, so long as the Fluke Meter is attached where LMUD

observed its installation.  In the event LMUD personnel observes any problems whatsoever with the Fluke Meter they must immediately notify either Mr. Jim Ausmus or Dave Paolucci. Their cell phone numbers shall be provided to LMUD.

7.  AGVI shall pay for power required to operate the Fluke Meter.

8.  The Fluke Meter shall remain installed until further order of the Court.  Once installed by Mr. Paolucci on April 11, 2012, no changes are to be made by either party to the manner in which the Fluke Meter is installed.

9.  A Motion for Preliminary Injunction along with supporting briefs and other required papers shall be filed in compliance with the Local Rules and this courts calendar.

///

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION AND ORDER REGARDING ENTRY OF TEMPORARY RESTRAINING ORDER AND SETTING DATE AND TIME FOR HEARING ON PRELIMINARY INJUNCTION

3

1        10. Nothing contained herein shall be deemed an admission by either party.

2

3  Dated: April 6, 2012

So Stipulated:

4    _____/s/_____           _____/s/_____

5       Sean M. Neal                  Robert M. Mitchell
Duncan, Weinberg, Genzer &        Diamond Baker Mitchell, LL

6     Pembroke, P.C.             Counsel for Plaintiff AGVI
Counsel for Defendant LMUD

7

8                         **ORDER**

9        The Court notes that no Motion for Temporary Restraining Order is currently pending.

10  The Court will nonetheless enforce the stipulation of the parties as set forth above in the absence

11  of a formal request.  Should the parties wish to move for a preliminary injunction in accordance

12  with the Court's regular hearing schedule and in compliance with the Local Rules, they may do

13  so.  In the meantime, as the parties have stipulated, this agreement shall remain in place.

14        IT IS SO ORDERED.

15  DATE:  April 10, 2012

16

17                    MORRISON C. ENGLAND, JR.

18                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24