Robert M. Mitchell (SBN 59756)
Craig A. Diamond (SBN 89361)
Sarah L. Johnson (SBN 226479)
**Diamond ♦ Baker ♦ Mitchell, LLP**
P.O. Box 1147
Cedar Ridge, CA 95924-1147
Telephone:  530/272-9977
Facsimile:   530/272-8463

Attorneys for Plaintiff
AMEDEE GEORTHERMAL VENTURE I,
A CALIFORNIA LIMITED PARTNERSHIP


Sean Neal (SBN 230590)
**Duncan, Weinberg, Genzer & Pembroke, P.C.**
915 L Street, Suite 1410
Sacramento, California 95814
Telephone:  916/498/0121
Facsimile: 916/498/9975

Attorneys for Defendant
LASSEN MUNICIPAL UTILITY DISTRICT

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEDEE GEORTHERMAL VENTURE I, A CALIFORNIA LIMITED PARTNERSHIP<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LASSEN MUNICIPAL UTILITY DISTRICT,<br><br>　　　　Defendant. | CASE NO.   2:11-cv-02483-MCE-DAD<br><br>**STIPULATION AND ORDER RE: PRELIMINARY INJUNCTION** |

　　　　Plaintiff Amedee Geothermal Venture I ("AGVI") and Defendant Lassen Municipal Utility District ("LMUD") (together, the "Parties," or individually, a "Party"). have conferred regarding AGVI seeking a Preliminary Injunction and stipulate through their counsel as follows:

# 1. BACKGROUND

On April 6, 2012, Plaintiff AGVI and Defendant LMUD executed a Stipulation and Order Regarding Entry of Temporary Restraining Order and Setting Date and Time for Hearing on Preliminary Injunction (the "Stipulation and Order").  On April 10, 2012 this Court signed the Stipulation and Order which was entered on April 11, 2012.  A true and correct copy of that Stipulation and Order is Attached hereto.

# 2. Stipulation and Order re Preliminary Injunction

The Parties have met and conferred and stipulate and agree through their counsel as follows:

1. Pursuant to the Stipulation and Order, on April 11, 2012, a Fluke 1750 Three-Phase Power Quality Recorder ("Fluke Meter") also known as the "1750 Power Recorder" was installed by a licensed electrical contractor hired by AGVI to the test block in the Metering Shed ("Metering Shed") located outside the fenced area at AGVI's geothermal electric power generating plant in Lassen County California (the "Plant"). This installation was conducted in compliance with the applicable Operator Manual for the 1750 Power Recorder dated October 2006; Revision 4, 7/11, and such installation was observed and photographed by LMUD personnel.

2. The purpose of installing the Fluke Meter was and is to allow AGV I to monitor the amount and quality of electric power being supplied to and generated at the AGV I Plant by means of data provided by the Fluke Meter.

3. The Fluke Meter has remained in place since its installation and shall remain in place until 3 P.M. PDT May 31, 2012.   At such time the Fluke Meter shall be removed at AGVI's expense by a licensed electrical contractor.

4. The purpose of leaving the Fluke Meter installed to the above date is to assess what impact, if any, the recently installed LMUD voltage regulator bank will have on AGVI Plant operations and to record data after the new LMUD regulator bank comes on line.

5. Significant repairs are planned to be made to certain equipment at the Plant by July 31, 2012. After those repairs are completed, the Fluke Meter will be reinstalled to the test block in the Meter Shed for two weeks to enable AGVI to ensure that appropriate adjustments are made to the Plant operations, as needed. LMUD will be advised by AGVI of the time and date of such reinstallation in advance as soon as reasonably possible.

6. If Plant conditions change such that AGVI determines that it is necessary to temporarily reinstall the Fluke Meter to make appropriate adjustments, it will advise and discuss such situation with LMUD in advance of any such additional reinstallation of the Fluke Meter to the test block in the Meter Shed. Any such reinstallation shall be temporary in nature and will last no longer than two weeks.

7. Any installation or removal of the Fluke Meter to the test block in the Meter Shed will be performed by a licensed electrical contractor at the expense of AGVI. LMUD shall be permitted to have appropriate personnel present to observe and photograph any such installation or removal.

8. Access to the Metering Shed shall remain as it has been pursuant to the Stipulation and Order. The Metering Shed shall be locked at all times by means of a lock or locks that permit access to the interior of the Metering Shed by both AGVI and LMUD personnel. Subject to the foregoing, AGVI shall have unlimited access to the Fluke Meter for purposes of monitoring its performance, collecting the recorded data, and conducting needed maintenance.

9. LMUD personnel are not to touch or interfere in any way with the Fluke Meter installed in the Metering Shed, so long as the Fluke Meter is attached where LMUD observed its installation. In the event LMUD personnel observes any problems whatsoever with the Fluke Meter they must immediately notify either Mr. Jim Ausmus or Mr. Dave Paolucci. Their cell phone numbers shall be provided to LMUD.

10. AGVI shall pay for the power required to operate the Fluke Meter.

11. The Stipulation and Order entered April 11, 2012 shall expire and be of no further force or effect as of the entry of the within Stipulation and Order re: Preliminary Injunction. The within Stipulation and Order shall expire and be of no further force and effect as of 12:01 A.M. PDT September 1, 2012.

12. Within two business days after the entry of the within Stipulation and Order, AGVI shall withdraw any Motion for Preliminary Injunction it has pending against LMUD in the above-captioned case.

13. Nothing contained herein shall be deemed an admission or waiver of rights by either Party, including the admissibility, or lack thereof, at any trial or hearing of data recorded by the Fluke Meter.

Dated: May 17, 2012                                             Dated: May 17, 2012

So Stipulated:

___/s/ Sean M. Neal_____                        __/s/ Robert M. Mitchell_____
Sean M. Neal                                                        Robert M. Mitchell
Duncan, Weinberg, Genzer &                         Diamond Baker Mitchell, LL
   Pembroke, P.C.                                                Counsel for Plaintiff AGVI
Counsel for Defendant LMUD

**IT IS SO ORDERED.**

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER REGARDING PRELIMINARY INJUNCTION**
4