Robert M. Mitchell (SBN 59756)
**Diamond ♦ Baker ♦ Mitchell, LLP**
P.O. Box 1147
Cedar Ridge, CA 95924-1147
Telephone:  530/272-9977
Facsimile:   530/272-8463

Attorneys for Plaintiff
AMEDEE GEORTHERMAL VENTURE I,
A CALIFORNIA LIMITED PARTNERSHIP


Sean Neal (SBN 230590)
**Duncan, Weinberg, Genzer & Pembroke, P.C.**
915 L Street, Suite 1410
Sacramento, California 95814
Telephone: 916/498/0121
Facsimile:  916/498/9975

Attorneys for Defendant
LASSEN MUNICIPAL UTILITY DISTRICT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEDEE GEORTHERMAL VENTURE I, A CALIFORNIA LIMITED PARTNERSHIP<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LASSEN MUNICIPAL UTILITY DISTRICT,<br><br>　　　　Defendant. | CASE NO.  2:11-cv-02483-MCE-DAD<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF DISCOVERY CUTOFF**<br><br>**Before the Honorable Morrison C. England, Jr.**<br><br>Trial Date:  October 21, 2013 |

**I.     Joint Statement of Status and Stipulation of Date of Completion of Discovery**

Plaintiff Amedee Geothermal Venture I ("AGVI") and defendant Lassen Municipal

Utility District ("LMUD") (collectively, the "Parties") have conferred regarding the

Discovery Cutoff date of December 21, 2012 in the within matter.  The Parties agree that this is a complex factual and legal matter.  The issues in the case are often highly technical and deal with the complexities of geothermal generation of electrical power transmitted over long distances.

The case involves, for example, contractual arrangements that date back to 1987.  There have been tens of thousands of pages of documents exchanged that the Parties have been required to review, organize and manage.  There are numerous witnesses to be deposed, many of which reside outside the state of California.

The Parties have diligently addressed these challenges, and deposition and document discovery are actively in progress.  Nonetheless, the complexity of the issues and the fact issues to be addressed are such that additional time is required to complete discovery.

The Parties do not request a continuance of the trial date, but, by this joint stipulation and Proposed order request an extension of the discovery cutoff to February 15, 2013.  The Parties also request that the date on which to designate in writing experts proposed to be tendered at trial accompanied by a written report signed by each witness be extended one week from February 21, 2013 to February 28, 2013.  Parties may continue to designate a supplemental list of expert witnesses who would express an opinion covered by an expert designated by an adverse party within twenty (20) days after the designation of expert witnesses, consistent with the language and terms of Paragraph V of the Pretrial Scheduling Order of March 5, 2012.

## II.  Stipulation and Order

The Parties stipulate to February 15, 2013 as the date to Complete Discovery, per Paragraph IV of the PRETRIAL SCHEDULING ORDER of March 5, 2012 herein and to

February 28, 2013 as the date on which to designate each expert proposed to be tendered at trial accompanied by a written report, per Paragraph V of the same Order.

So Stipulated on November 19, 2012:

| /s/ Sean M. Neal | /s/ Robert M. Mitchell |
|---|---|
| Sean M. Neal | Robert M. Mitchell |
| Duncan, Weinberg, Genzer & Pembroke, P.C. | Diamond Baker Mitchell, LL |
| Counsel for Defendant LMUD | Counsel for Plaintiff AGVI |

**IT IS SO ORDERED.**

Dated:  December 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE