IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEDEE GEOTHERMAL VENTURE I, | |
| Plaintiff, | No. 2:11-cv-2483 MCE DAD |
| v. | |
| LASSEN MUNICIPAL UTILITY DISTRICT, | <u>ORDER</u> |
| Defendant. | |
| _____/ | |

This matter came before the court on February 8, 2013, for hearing on defendant's motion to compel. Robert Mitchell, Esq. appeared on behalf of plaintiff. Monica Hans, Esq. appeared on behalf of defendant.

Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

1. Defendant's February 1, 2013 motion to compel (Doc. No. 53) is granted in part with respect to Mr. Paolucci's emails from 2010 through 2012 which plaintiff shall produce by no later than February 15, 2013 at 4:30 p.m.; and

/////

/////

1

2. Defendant's February 1, 2013 motion to compel (Doc. No. 53) is denied in all other respects.

DATED: February 8, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\agvi2483.oah.020813