DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
TREVEN I. TILBURY (Bar No. 210052)
MONICA S. HANS (Bar No. 227379)
BRITTANY L. CHENEY (Bar No. 287189)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:   (916) 444-1000
Facsimile:   (916) 444-2100
cferrannini@downeybrand.com
ttilbury@downeybrand.com
mhans@downeybrand.com
bcheney@downeybrand.com

DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.
SEAN NEAL (Bar No. 230590)
915 L Street, Suite 1410
Sacramento, CA 95814
Telephone:   (916) 498-0121
Facsimile:   (916) 498-9975
smn@dwgp.com

EXEMPT FROM FILING FEES
[GOV'T CODE § 6103]

Attorneys for Defendant
LASSEN MUNICIPAL UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEDEE GEOTHERMAL VENTURE I,<br><br>Plaintiff,<br><br>v.<br><br>LASSEN MUNICIPAL UTILITY DISTRICT,<br><br>Defendant. | Case No. 2:11-cv-02483-MCE-DAD<br><br>**ORDER GRANTING DEFENDANT LASSEN MUNICIPAL UTILITY DISTRICT'S REQUEST TO EXCEED PAGE LIMIT FOR POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant LASSEN MUNICIPAL UTILITY DISTRICT's ("LMUD") has filed a request to exceed page limit for points and authorities in support of Defendant's Motion for Summary Judgment. Having read and considered Defendant's request, the Court HEREBY GRANTS LMUD's request and ORDERS as follows: The page limit for Defendant Lassen Municipal Utility District ("LMUD")'s points and authorities in support of its Motion for

1  Summary Judgment is extended to thirty (30) pages.

2      IT IS SO ORDERED.

3  DATED: April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE