Robert M. Mitchell (SBN 59756)
Craig A. Diamond (SBN 89361)
Jamie Hogenson (SBN 243447)
**Diamond ♦ Baker ♦ Mitchell, LLP**
P.O. Box 1147
Cedar Ridge, CA 95924-1147
Telephone:  530/272-9977
Facsimile:   530/272-8463

Attorneys for Plaintiff
AMEDEE GEOTHERMAL VENTURE I

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEDEE GEOTHERMAL VENTURE I, A CALIFORNIA LIMITED PARTNERSHIP<br><br>Plaintiff,<br><br>vs.<br><br>LASSEN MUNICIPAL UTILITY DISTRICT, MATTI RIPATTI, an individual<br>Defendants. | CASE NO.   CASE NO. : 2:11-cv-02483<br><br>**ORDER GRANTING PLAINTIFF AMEDEE GEOTHERMAL VENTURE I'S REQUEST TO EXCEED PAGE LIMIT FOR POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Before the Honorable<br>Morrison C. England, Jr.**<br><br>**Trial Date: October 21, 2013** |

    Plaintiff Amedee Geothermal Venture I ("AGVI") has filed a request to exceed page limits for points and authorities in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

    Having read and considered Plaintiff's request, the Court HEREBY GRANTS AGVI's request and ORDERS as follows:  The page limit for Plaintiff Amedee Geothermal Venture I

("AGVI")'s points and authorities in support of its Opposition to Defendant's Motion for Summary Judgment is extended to thirty (30) pages.

IT IS SO ORDERED.

DATE:  April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT