# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEDEE GEOTHERMAL VENTURE I,<br><br>Plaintiff,<br><br>v.<br><br>LASSEN MUNICIPAL UTILITY DISTRICT,<br><br>Defendant. | No. 2:11-cv-02483-MCE-DAD<br><br><br><br>**ORDER CONTINUING TRIAL** |

YOU ARE HEREBY NOTIFIED the October 21, 2013 trial is vacated and continued to **April 28, 2014**, at **9:00 a.m.** in Courtroom 7. Trial will be a jury trial and not a bench trial as stated in the Pretrial Scheduling Order. The panel will consist of **eight (8) jurors**. The parties estimate a trial length of **twenty (20) days**.

The parties shall file trial briefs not later than **February 20, 2014**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the August 22, 2013 Final Pretrial Conference is vacated and continued to **March 6, 2014**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **February 13, 2014** and shall comply with the procedures outlined in the Court's March 6, 2012 Pretrial Scheduling Order.

///

1  The personal appearance of the trial attorneys or person(s) in pro se is mandatory for
2  the Final Pretrial Conference.  Telephonic appearances for this hearing are not
3  permitted.
4      Any evidentiary or procedural motions are to be filed by **February 13, 2014**.
5  Oppositions must be filed by **February 20, 2014** and any reply must be filed by
6  **February 27, 2014.**  The motions will be heard by the Court at the same time as the
7  Final Pretrial Conference.
8      IT IS SO ORDERED.
9  DATED:  June 25, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT