UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEDEE GEOTHERMAL VENTURE I,<br><br>    Plaintiff,<br><br>    v.<br><br>LASSEN MUNICIPAL UTILITY DISTRICT,<br><br>    Defendant. | No. 2:11-cv-02483-MCE-DAD<br><br>**ORDER CONTINUING TRIAL** |

YOU ARE HEREBY NOTIFIED the October 21, 2013 trial is vacated and continued to **April 28, 2014**, at **9:00 a.m.** in Courtroom 7.  Trial will be a jury trial and not a bench trial as stated in the Pretrial Scheduling Order.  The panel will consist of **eight (8) jurors**.  The parties estimate a trial length of **twenty (20) days**.

The parties shall file trial briefs not later than **February 20, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the August 22, 2013 Final Pretrial Conference is vacated and continued to **March 6, 2014**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **February 13, 2014** and shall comply with the procedures outlined in the Court's March 6, 2012 Pretrial Scheduling Order.

///

The personal appearance of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **February 13, 2014**. Oppositions must be filed by **February 20, 2014** and any reply must be filed by **February 27, 2014.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

DATED: June 25, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT