Robert M. Mitchell (SBN 59756)
**DIAMOND ♦ BAKER ♦ MITCHELL, LLP**
149 Crown Point Court, Suite B
Grass Valley, CA 95945
(530) 272-9977 Telephone
(530) 272-8463 Facsimile

Jonathan Hughes (SBN 186829) (*petition for admission submitted*)
Rhonda Stewart Goldstein (SBN 250387)
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
(415) 471-3100 Telephone
(415) 471-3400 Fax

Attorneys for Plaintiff
AMEDEE GEORTHERMAL VENTURE I

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEDEE GEOTHERMAL VENTURE I, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LASSEN MUNICIPAL UTILITY DISTRICT, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | Case No. 2:11-cv-02483-MCE-DAD <br><br> **ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR 1) EXTENSION OF TIME TO OPPOSE AND 2) CONTINUANCE OF HEARING ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES** |

The Court, having considered Plaintiff Amedee Geothermal Venture I's ("AGVI") *Ex Parte* Application For 1) Extension Of Time To Oppose And 2) Continuance Of Hearing On Defendant Lassen Municipal District's ("LMUD") Motion For Attorneys' Fees, the evidence and points and authorities presented and declarations filed herein, and good cause appearing, orders as follows:

1. The hearing on LMUD's Motion for Attorneys' Fees shall be continued to February 20, 2014.

2. AGVI shall file any opposition to LMUD's Motion for Attorneys' Fees on or before February 6, 2014.

3. LMUD shall file any reply on or before February 13, 2014.

4. To the extent counsel for Defendant is concerned about an upcoming "sabbatical on February 24, 2013," (Decl. Cassandra M. Ferrannini ¶ 9, ECF No. 111-1), considering that there remain no imminent dates concerning this case, the Court will entertain a request from Defendant for a continuance (if needed) of the hearing date; however, the Court hopes the parties can reach an accommodation.

IT IS SO ORDERED.

Dated: January 23, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT